Thursday, July 17, 2014

No. 14–0199/AR. U.S. v. Bryce M. Phillips. CCA 20120585. Appellee's motion for leave to file a supplemental joint appendix is granted.

No. 14–0681/MC. U.S. v. Dauthard S. Mason. CCA 201300154. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including August 1, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0715/AF. U.S. v. Ray A. Vazquez. CCA 37563. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 4, 2014.

No. 14–5007/AF. United States, Appellant and Cross–Appellee, v. Steven S. Morita, Appellee and Cross–Appellant. CCA 37838. On consideration of Appellee/Cross–Appellant's motion to submit documents and Appellant/Cross–Appellee's motion to supplement the record, it is ordered that said motions are hereby granted.

